**Order entered February 11, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-13-01761-CR**
**No. 05-13-01766-CR**

**JOE EARL WALTON, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-51913-Y, F12-53044-Y**

## ORDER

The Court **GRANTS** court reporter Debi Harris's motion for extension of time to file the reporter's records.

We **ORDER** Ms. Harris to file the reporter's records within **THIRTY (30) DAYS** from the date of this order.

/s/    LANA MYERS
        JUSTICE